IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ROBERT L. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 315-101 |
| | ) |
| LYNN SHEFFIELD, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Plaintiff filed the above-captioned case on November 30, 2015, and Defendant filed his answer on April 1, 2016. (Doc. nos. 1, 9.) The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. no. 3.) However, no Rule 26(f) Report has been filed. Accordingly, the Court **ORDERS** the parties to conduct a conference within **fourteen days** of the date of this Order and to file a joint 26(f) Report within **seven days** of the conference.

The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order. The Clerk shall also update the docket in accordance with the caption of this Order, which reflects the correct spelling of Defendant's first name as set forth in the answer. (See doc. no. 9, p. 1.)

SO ORDERED this 11th day of May, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA