FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 JUL 11 P 2: 50

CLERK _Paul Sellers_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

ROBERT L. DAVIS, )
 )
    Plaintiff, )
 )
v. ) CV 315-101
 )
LYNN SHEFFIELD, )
 )
    Defendant. )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. The Magistrate Judge recommended dismissal of this case because Plaintiff repeatedly ignored, or failed to timely respond to, multiple orders from the Court. (See doc. no. 12.) Plaintiff did not object to the recommendation for dismissal, but Defendant filed a status report explaining Plaintiff did eventually provide an untimely response to the Court's Order regarding submission of a discovery plan for the case. (Doc. no. 14.) However, because of the lateness of Plaintiff's response, the dates in the previous proposed discovery plan are obsolete. (Id.) Thus, if the recommendation for dismissal is not adopted, the case would be further delayed because the parties would have to re-start the process for meeting and formulating a discovery plan for the case. (Id.)

Based on Plaintiff's continued pattern of ignoring the deadlines and orders all litigants in federal court are expected to follow as a matter of course, and because Plaintiff did not object to the recommendation for dismissal, the Court concludes dismissal is appropriate. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 11th day of July, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE